# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2175

_____

Pilot Travel Centers, LLC,                    *
                                              *
            Appellee,                         *
                                              *    Appeal from the United States
      v.                                      *    District Court for the
                                              *    Eastern District of Arkansas.
Highland Development Corporation,             *
                                              *    [UNPUBLISHED]
            Appellant.                        *

_____

Submitted: May 26, 2006
      Filed:  June 2, 2006

_____

Before MURPHY, BEAM, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Highland Development Corp. appeals from the district court's[1] adverse grant of summary judgment requiring specific performance of a purchase option under a lease agreement between Highland Development Corp. and Pilot Travel Centers LLC.

Reviewing de novo both the district court's construction of the lease and the court's interpretation of applicable Arkansas law, see Sligo, Inc. v. Nevois, 84 F.3d 1014, 1019 (8th Cir. 1996) (standards of review), we agree with the district court's

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

conclusion that Pilot Travel Centers LLC gave timely and effective notice of its intent to exercise the purchase option under the lease agreement. Accordingly, the judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

_____